(99 South. 733)

## TAYLOR v. STATE.    (7 Div. 933.)*

(Court of Appeals of Alabama.    Feb. 12, 1924.
Rehearing Denied April 8, 1924.)

1. Criminal law ☞363—Evidence held admissible as part of res gestæ.

In a prosecution for receiving stolen property, testimony as to what was taken at time of larceny was admissible as part of res gestæ.

2. Criminal law ☞339—Witness can identify suit of clothes without giving particular identifying description.

In prosecution for receiving stolen property, witness can testify as to identity of suit of clothes without giving any particular identifying description, probative force of such testimony being for jury.

Appeal from Circuit Court, Calhoun County; A. P. Agee, Judge.

Sam Taylor was convicted of receiving stolen property, and he appeals. Affirmed.

Hugh Walker, of Anniston, for appellant.

Counsel argue the questions raised, but without citing authorities.

Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

Counsel cite no authorities.

SAMFORD, J.   [1] The indictment contained two counts, one charging larceny and the other receiving stolen goods. The verdict of the jury is predicated on the second count. Whatever was taken at the time of the larceny is of the res gestæ and is relevant to the issue.

[2] A witness, if he knew, can testify as to the identity of a suit of clothes without giving any particular identifying description. The probative force of such testimony is for the jury.

We have examined the entire record. There are no prejudicial errors, and the judgment is affirmed.

Affirmed.